IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


NELSON L. THOMAS,                )
                                 )
        Plaintiff,               )
                                 )      CIVIL ACTION NO.
        v.                       )       2:13cv575-MHT
                                 )          (WO)
OFFICER NICHOLAS COGNASI,        )
et al.,                          )
                                 )
        Defendants.              )

JUDGMENT

    After an independent and de novo review of the record,
it is the ORDER, JUDGMENT, and DECREE of the court as
follows:

    (1) The   United   States   Magistrate   Judge's
recommendation (doc. no. 23), to which no objection has
been filed, is adopted.

    (2) The defendants' motion to dismiss and alternative
motion for more definite statement (doc. no. 3) are
granted to the extent that defendants Cognasi and Quinn
are dismissed in their 'official capacities.'

(3)  The defendants' motion to dismiss and alternative motion for more definite statement (doc. no. 3) are denied in all other respects.   None of the defendants is terminated completely from this case.

(4) This case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 31st day of March, 2014.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE